UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        - against -

MARC MUNSON,

                Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2020

06cr143 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On January 8, 2020, the defendant filed a motion to reduce his sentence under the Fair Sentencing Act. The Government should respond to the motion by **March 27, 2020.** The defendant may then reply by **April 17, 2020.**

SO ORDERED.

Dated:    New York, New York
           March 9, 2020

                              John G. Koeltl
                    United States District Judge