**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------

**UNITED STATES OF AMERICA**

       - against -                   06cr143-1 (JGK)

**MARC MUNSON,**                                   **ORDER**

              **Defendant.**
--------------------------------

**JOHN G. KOELTL, District Judge:**

In the defendant's reply filed May 29, 2020, the defendant raised, for the first time, the argument that the defendant may be entitled to relief based on 18 U.S.C. § 3582(c)(1)(A) and the COVID-19 pandemic. The defendant may submit a supplemental brief on that issue by June 15, 2020. The Government should respond by June 29, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 1, 2020**                  /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                     **United States District Judge**