**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

─

**UNITED STATES OF AMERICA,**

        **- against -**

**MARC MUNSON,**

                **Defendant.**
────────────────────────────────

─

                              **06-cr-143 (JGK)**

                              <u>**ORDER**</u>

**JOHN G. KOELTL, District Judge:**

     The Court reduced the defendant's sentence to the time specified in the Opinion, issued on December 23, 2020. ECF No. 282.  The Court did not order immediate release of the defendant, but rather left to it to the Bureau of Prisons to calculate the defendant's exact release date, consistent with the reduced term of imprisonment as specified in the Opinion. The defendant's request for immediate release was not binding on the Court.

     The defendant has failed to show that this Court's careful consideration of the relevant Section 3553(a) factors does not continue to be true today; nor has the defendant attempted to explain how his medical conditions alter this Court's careful analysis, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

**SO ORDERED.**

**Dated:**    **New York, New York**
              **January 4, 2021**           <u>   **/s/ John G. Koeltl**   </u>
                                      **John G. Koeltl**
                            **United States District Judge**